UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:24-cv-01543-SSC                    Date: January 13, 2026

Title       Jermaine Hendrix v. David Holbrook, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

            Teagan Snyder                              n/a
            Deputy Clerk                    Court Reporter / Recorder

    Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
            None Present                          None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint  Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On July 23, 2025, *pro se* Plaintiff Jermaine Hendrix filed a complaint against Defendant Ochs. On November 20, 2025, Defendant Ochs filed a Motion for Summary Judgment and the Court ordered Plaintiff to file an opposition or non-opposition to the motion no later than January 8, 2026. The deadline to file an opposition or non-opposition has passed and the court has not received any response or any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **January 26, 2026,** why this action should not be dismissed for failure to prosecute and/or comply with a court order.  In the event

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:24-cv-01543-SSC                    Date: January 13, 2026

Title       Jermaine Hendrix v. David Holbrook, et al.

that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by **January 26, 2026**.

If Plaintiff files a response to the motion for summary judgment by **January 26, 2026**, this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

Plaintiff is cautioned that failure to file a timely response to the motion to dismiss will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

                                                                        :

Initials of Preparer        **ts**